THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSEPH PIERCE, Defendant-Appellant.

(No. 59636;

First District (5th Division)—July 26, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Richard D. Kharas, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Barry Rand Elden, and Michael A. Tyrrell, Assistant State's Attorneys, of counsel), for the People.

The People of the State of Illinois, Plaintiff-Appellee, *v*. Donald Chalmers, Defendant-Appellant.

(No. 59702; ▮)

First District (5th Division)—July 26, 1974.

James J. Doherty, Public Defender, of Chicago (Patrick Gleason and John M. Kalnins, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.

Mr. JUSTICE DRUCKER delivered the opinion of the court:

After a bench trial defendant was convicted of battery (Ill. Rev. Stat. 1971, ch. 38, par. 12—3) and delivery of a controlled substance (Ill. Rev. Stat. 1971, ch. 56½, par. 1404). He was sentenced to a 6-month term on the battery conviction and to a 1-year term on the controlled-substances violation, the sentences to be served concurrently at the Vandalia State Farm.

Section 404 of the Illinois Controlled Substances Act (Ill. Rev. Stat. 1971, ch. 56½, par. 1404) provides that: